|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ERIC LUND,           Plaintiff, | No. 5:21-cv-01083-JGB-KK |
|---|---|
| v. | [~~PROPOSED~~] PROTECTIVE ORDER |
| K. MURPLY, *et al.*,           Defendants. |   |

The parties in the above-entitled matter have filed a Stipulation for a Protective Order Limiting the Scope of Plaintiff's Oral Deposition. After consideration of the stipulation and good cause being shown under Federal Rule of Civil Procedure 26(c),

**IT IS HEREBY ORDERED:**

Pursuant to Federal Rule of Civil Procedure 26(c), a protective order is hereby issued over Plaintiff's oral deposition as follows:

1. During Plaintiff's deposition, Defendants may inquire into how being arrested and convicted of California Penal Code § 311.11(c)(1), possession of 600 or more child pornography images, affected Plaintiff's mental and emotional wellbeing.

2. During Plaintiff's deposition, Defendants may inquire into how being sentenced to 5 years in state prison, the maximum penalty allowed under California Penal Code § 311.11(c)(1), affected Plaintiff's mental and emotional wellbeing.

3. During Plaintiff's deposition, Defendants may inquire into how being required to register as a sex offender for life, pursuant to California Penal Code § 290 as a result of being convicted of Penal Code § 311.11(c)(1), and the public nature of his conviction affected Plaintiff's mental and emotional wellbeing.

4. During Plaintiff's deposition, Defendants may inquire into how the circumstances of Plaintiff's conviction impact his personal relationships including, but not limited to, friends and family.

5. During Plaintiff's deposition, Defendants may elicit the fact that Plaintiff has a petition for writ of habeas corpus, challenging the validity of his conviction, pending in the U.S. District Court, Eastern District of California.

6. During Plaintiff's deposition, Defendants may inquire about how Plaintiff's litigation history has affected his mental and emotional wellbeing.

7. Defendants are forbidden from making discovery inquiries concerning the validity of the evidence, testimony or legal defenses presented at Plaintiff's criminal trial.

8. This discovery order does not prevent Defendants from inquiring as to any allegation and claim of damages asserted in Plaintiff's Second Amended Complaint.

9. This discovery order does not bear on the admissibility of any evidence at trial.

DATED: November 01, 2023

The Honorable Kenly Kiya Kato
United States Magistrate Judge