

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

Eric Lund,

    Plaintiff,

v.

Keetha Murphy

    Defendant.

Case No. 5:21-CV-1083-JGB

**SPECIAL VERDICT FORM**

## SPECIAL VERDICT FORM

**Instructions:** When answering the following questions and filling out this Verdict Form, please follow the directions provided. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions provided to you. Please refer to the Jury Instructions if you are unsure about the meaning of any legal term that appears in the questions below.

## JURY VERDICT

We, the jury in the above-entitled action, unanimously find by a preponderance of the evidence, the following with regard to the causes of action brought by Plaintiff Lund:

1

# FIRST AMENDMENT – RIGHT TO PRIVATELY COMMUNICATE WITH LEGAL COUNSEL

**QUESTION NO. 1.**

Did Plaintiff Lund prove that Defendant Murphy either (1) opened his legal mail or caused it to be opened, outside of Plaintiff's presence in an arbitrary or capricious manner; (2) knowingly took and inspected Plaintiff's opened legal mail or caused it to be inspected, outside of Plaintiff's presence in an arbitrary or capricious manner; <u>or</u> (3) read Plaintiff's legal mail or proximately caused it to be read?

\_\_\_\_ YES    ✓ NO

*If your answer on Question No. 1 was YES to any of the three options, answer Question No. 2. If you answered NO on Question No. 1, please proceed to Question No. 4.*

**QUESTION NO. 2.**

Was Plaintiff Lund's legal mail properly marked so that it was readily identifiable?

\_\_\_\_ YES    \_\_\_\_ NO

*If you answered YES to Question No. 2, answer Question No. 3. If you answered NO, please proceed to Question No. 4.*

2

## QUESTION NO. 3.

Did Defendant Murphy's conduct chill Plaintiff Lund's willingness to communicate with his legal counsel?

_____ YES        _____ NO

*If you answered YES or NO to Question No. 3, please proceed to Question No. 4.*

## SIXTH AMENDMENT – RIGHT TO PRIVATELY COMMUNICATE WITH CRIMINAL COUNSEL

## QUESTION NO. 4.

Did Plaintiff Lund prove that Defendant Murphy either (1) opened his legal mail from his criminal attorney or caused it to be opened, outside of Plaintiff's presence in an arbitrary or capricious manner; (2) knowingly took and inspected Plaintiff's opened legal mail from his criminal attorney or caused it to be inspected, outside of Plaintiff's presence in an arbitrary or capricious manner; <u>or</u> (3) read Plaintiff's legal mail from his criminal attorney or proximately caused it to be read?

_____ YES        ✓ NO

*If your answer on Question No. 4 was YES to any of the three options, answer Question No. 5. If you answered NO on Question No. 4, please proceed to the Instructions for Question No. 8.*

3

## QUESTION NO. 5.

Was Plaintiff Lund's legal mail from his criminal attorney properly marked so that it was readily identifiable?

    \_\_\_\_ YES      \_\_\_\_ NO

*If you answered YES to Question No. 5, answer Question No. 6. If you answered NO, please proceed to the Instructions for Question No. 8.*

## QUESTION NO. 6.

Did Defendant Murphy's conduct chill Plaintiff Lund's willingness to communicate with his criminal attorney.

    \_\_\_\_ YES      \_\_\_\_ NO

*If you answered YES to Question No. 6, answer Question No. 7. If you answered NO, please proceed to the Instructions for Question No. 8.*

## QUESTION NO. 7.

Did Defendant Murphy's conduct substantially prejudiced Plaintiff's right to a criminal appeal.

    \_\_\_\_ YES      \_\_\_\_ NO

*If you answered YES or NO to Question No. 7, please proceed to the Instructions for Question No. 8.*

## BANE ACT – FREE SPEECH WITH LEGAL COUNSEL

*Instructions: Answer Question No. 8 only if you answered YES to Question No. 3. Otherwise, please proceed to the Instructions for Question No. 12.*

### QUESTION NO. 8.

Did Defendant Murphy, through threats, intimidation, or coercion, cause Plaintiff Lund to reasonably believe that if he exercised his right to privately communicate with his legal counsel, Defendant Murphy would commit violence against him and that Defendant Murphy had the apparent ability to carry out the threats?

_____ YES          _____ NO

*If you answered YES to Question No. 8, answer Question No. 9. If you answered NO, please proceed to the Instructions for Question No. 12.*

### QUESTION NO. 9.

Did Defendant Murphy intend to deprive Plaintiff Lund of his enjoyment of the interests protected by the right to privately communicate with his legal counsel?

_____ YES          _____ NO

*If you answered YES to Question No. 9, answer Question No. 10. If you answered NO, please proceed to the Instructions for Question No. 12.*

5

## QUESTION NO. 10.

Was Plaintiff Lund harmed?

_____ YES        _____ NO

*If you answered YES to Question No. 10, answer Question No. 11. If you answered NO, please proceed to the Instructions for Question No. 12.*

## QUESTION NO. 11.

Was Defendant Murphy's conduct a substantial factor in causing Plaintiff Lund's harm?

_____ YES        _____ NO

*If you answered YES or No to Question No. 11, please proceed to the Instructions for Question No. 12.*

## **BANE ACT – FREE SPEECH WITH CRIMINAL COUNSEL**

***Instructions:*** *Answer Question No. 12 **only if** you answered YES to Question No. 7. Otherwise, please proceed to the instructions for Question No. 16.*

### **QUESTION NO. 12.**

Did Defendant Murphy, through threats, intimidation, or coercion, cause Plaintiff Lund to reasonably believe that if he exercised his right to privately communicate with his criminal attorney, Defendant Murphy would commit violence against him and that Defendant Murphy had the apparent ability to carry out the threats?

_____ YES        _____ NO

*If you answered YES to Question No. 12, answer Question No. 13. If you answered NO, please proceed to the Instructions for Question No. 16.*

### **QUESTION NO. 13.**

Did Defendant Murphy intend to deprive Plaintiff Lund of his enjoyment of the interests protected by the right to privately communicate with his criminal counsel?

_____ YES        _____ NO

*If you answered YES to Question No. 13, answer Question No. 14. If you answered NO, please proceed to the Instructions for Question No. 16.*

7

## QUESTION NO. 14.

Was Plaintiff Lund harmed?

_____ YES        _____ NO

*If you answered YES to Question No. 14, answer Question No. 15. If you answered NO, please proceed to the Instructions for Question No. 16.*

## QUESTION NO. 15.

Was Defendant Murphy's conduct a substantial factor in causing Plaintiff Lund's harm.

_____ YES        _____ NO

*If you answered YES or No to Question No. 15, please proceed to the Instructions for Question No. 16.*

## DAMAGES

*Instructions: Answer Question No. 16 only if you answered YES to Question Nos. 3, 7, 11, and/or 15. Answer Question No. 17 only if you answered YES to Question Nos. 3 and/or 7.*

### QUESTION NO. 16.

What is the amount of damages, if any, that Plaintiff Lund incurred as a result of Defendant Murphy's conduct?

| | |
|---|---|
| Mental or Emotional Damages: | $_____ |
| Nominal Damages: | $_____ |

### QUESTION NO. 17.

Is Plaintiff Lund entitled to punitive damages?

_____ YES          _____ NO

*Please sign and date the verdict form. After this verdict form has been signed, notify the clerk that you are ready to present your verdict in the courtroom.*

Juror No. 3

10/11/2024                             [signature redacted]

Date                                   Jury Foreperson

9