# JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIC LUND**, <br><br> Plaintiff, <br><br> v. <br><br> **CDCR, et al.**, <br><br> Defendants. | Case No. 5:21-cv-01083-JGB-KK <br><br> **FINAL JUDGMENT** <br><br> Judge: Hon. Jesus G. Bernal |

This action came before the Court for a jury trial beginning on October 8, 2024. The issues have been tried, and the jury has rendered a verdict in favor of Defendant. Based upon the jury verdict for Defendant returned on October 11, 2024 (ECF No. 192), the Court awards judgment in favor of Defendant KEETHA MURPHY and against Plaintiff ERIC LUND.

///

///

///

///

1 | The Clerk of the Court is **ORDERED** to enter judgment in favor of Defendant
2 | KEETHA MURPHY on all claims and close this case.
3 |
4 | **IT IS SO ORDERED.**
5 |
6 | Dated: October 24, 2024
7 |                                         The Honorable Jesus G. Bernal